IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

Plaintiffs,

v.

IVANHOE ENERGY, INC.,
IVANHOE ENERGY LATIN AMERICA INC.,
IVANHOE ENERGY ECUADOR, INC.,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Jose Fabricio Correa Delgado's Unopposed Motion to Set Date for Response to Complaint** [docket no. 10, filed December 30, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Jose Fabricio Correa Delgado shall answer or respond to the plaintiffs' Complaint on or before **January 20, 2009**.


DATED: December 31, 2008