IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

Plaintiffs,

v.

IVANHOE ENERGY, INC.,
IVANHOE ENERGY LATIN AMERICA INC.,
IVANHOE ENERGY ECUADOR, INC.,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

Defendants.

---

## ORDER

---

The parties appeared this morning for a scheduling conference. Following my review of

the proposed scheduling order submitted by the parties and after hearing the arguments of

counsel this morning, I made rulings on the record which are incorporated here. In summary and

for the reasons stated on the record:

IT IS ORDERED that disclosure requirements and discovery are stayed, other than as

expressly provided below, pending further order of the court.

IT IS FURTHER ORDERED that defendant Correa's written discovery previously

served is allowed, and the defendants shall respond to that discovery as required by the Federal

Rules of Civil Procedure.

IT IS FURTHER ORDERED that within ten days after any ruling resolving the jurisdictional issues raised by the defendants, the parties shall file a status report addressing the impact of the ruling and describing any additional pretrial matters which should be addressed.

Dated February 10, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge