IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

Plaintiffs,

v.

IVANHOE ENERGY, INC.,
IVANHOE ENERGY LATIN AMERICA INC.,
IVANHOE ENERGY ECUADOR, INC.,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

Defendants.

_____

## ORDER
_____

This matter arises on the **Plaintiffs' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c)** [Doc. # 47, filed 2/18/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the plaintiffs shall answer Interrogatory No. 7 in the manner required by Fed. R. Civ. P. 33(b) and produce all materials responsive to Production Request No. 6 on or before **March 16, 2009**.

Dated March 4, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge