IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, et al.,

    Plaintiffs,

v.

IVANHOE ENERGY, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to file surreply is granted (doc. no. 63); the surreply is accepted for filing. Defendants' motion to file sur-rebuttal is granted (doc. no. 73); the sur-rebuttal is accepted for filing.

Dated: March 19, 2009

                              s/ Jane Trexler, Judicial Assistant