IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

Plaintiffs,

v.

IVANHOE ENERGY, INC.,
IVANHOE ENERGY LATIN AMERICA INC.,
IVANHOE ENERGY ECUADOR, INC.,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

Defendants.

## ORDER

This matter arises on the **Plaintiffs' Motion for Relief From Stay and for Limited Discovery on Issues of General and Specific Jurisdiction** [Doc. # 70, filed 3/16/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated April 3, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge