IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.   08-cv-02528-WDM-BNB      Date: April 20, 2009
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A-401

| | |
|---|---|
| JACK J. GRYNBERG, an individual, COTUNDO MINERALES S.A., an Ecuadorian company, RSM PRODUCTION CORPORATION, a Texas corporation, and ARCHIDONA MINERALES, S.A., a Panama corporation, | Roger Jatko Brian Fitzgerald |
| Plaintiffs, | |
| v. | |
| IVANHOE ENERGY, INC., | Timothy Durst Peter Glantz |
| IVANHOE ENERGY LATIN AMERICA INC., | Timothy Durst Peter Glantz |
| IVANHOE ENERGY ECUADOR, INC., | Timothy Durst |
| ROBERT M. FRIEDLAND an individual, | Ty Gee |
| DAVID R. MARTIN, an individual, and | Scott Albertson |
| JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, | Thomas McNamara |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC HEARING: MOTIONS**

Court in Session:	2:37 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:	Defendants' motion to stay briefing on plaintiffs' motion for partial summary judgment filed 4/17/09 Doc. [89] is granted as stated on the record.**

Court in Recess	2:57 p.m.	Hearing concluded.	Total time in Court:	00:20

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.