IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

Plaintiffs,

v.

IVANHOE ENERGY, INC.,
IVANHOE ENERGY LATIN AMERICA INC.,
IVANHOE ENERGY ECUADOR, INC.,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOSE FABRICO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Stay Briefing on Plaintiffs' Motion for Partial Summary Judgment** [Doc. # 89, filed 4/17/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

I find that all legal and factual issues concerning personal jurisdiction over Mr. Friedland have or can be raised and argued in connection with the Motion to Dismiss for Lack of Personal Jurisdiction By the Ivanhoe Energy Defendants, Mr. Friedland and Mr. Martin [Doc. # 17, filed 1/9/2009] (the "Motion to Dismiss"). If the plaintiffs believe that additional factual or legal matters should be considered in connection with the jurisdiction issue, they may seek leave to supplement the briefing in connection with the Motion to Dismiss. I have stayed disclosure and

discovery in this case pending a determination of the jurisdiction issue in an effort to conserve resources. See Amended Order [Doc. # 44, filed 2/12/2009]. Requiring briefing in connection with an unnecessary motion for summary judgment is contrary to the purposes of the stay.

IT IS ORDERED that the Motion is GRANTED. Briefing in connection with Plaintiffs' Motion for Partial Summary Judgment . . . That This Court Has General Personal Jurisdiction Over Defendant Robert M. Friedland [Doc. # 83] (the "Motion for Partial Summary Judgment") is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties shall file status reports within 10 days after any order determining the issues raised by the Motion to Dismiss [Doc. # 17] addressing what further briefing, if any, should be ordered in connection with the Motion for Partial Summary Judgment.

Dated April 20, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge