IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02528-WDM-BNB

JACK J. GRYNBERG, et al.,

    Plaintiffs,

v.

COTUNDO MINERALES S.A., et al.,

    Defendants.

_____

ORDER
_____

Pursuant to my September 30, 2009 Order on Motion for Sanctions, ECF No. 126, Defendant Robert M. Friedland has submitted his request for attorney fees. ECF No. 152. The request is supported by the declaration of Ty Gee, one of Defendant Friedland's attorneys, and the affidavit of Roger P. Thomasch, opining as to the reasonableness of the fee request. Although allowed pursuant to my September 30, 2009 order, Plaintiffs have not responded or objected to the request by Defendant Friedland for payment of $11,432.50. Indeed, the affidavit of Plaintiffs' expert, Michael H. Berger, opines that the hourly rates charged by Defendant Friedland's attorneys are reasonable and he does not challenge the hours claimed. See affidavit of Michael H. Berger, ECF NO. 162-2 at p. 6. Accordingly, and being sufficiently advised in the premises, Defendant's request, ECF No. 152, is granted and judgment shall enter in Robert M. Friedland's favor and against Plaintiff Jack J. Grynberg and his counsel,

Roger A. Jatko, jointly and severally, in the amount of $11,432.50 as attorney fee sanction pursuant to Fed. R. Civ. P. 11(c).

DATED at Denver, Colorado, on July 15, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge