**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  08-CV-02528-WDM-BNB**

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A.,

    Plaintiffs,

v.

IVANHOE ENERGY, INC., a Canadian corporation,
IVANHOE ENERGY LATIN AMERICA INC., a Canadian corporation,
IVANHOE ENERGY ECUADOR, INC., a Canadian corporation,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual, and
JOHN DOES 1 - 10, potential assignees of IVANHOE ENERGY ECUADOR, INC.,

    Defendants.

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order entered by Senior Judge Walker D. Miller [#166], filed July 15, 2010; and Amended Order [#167], awarding attorney fees sanctioned pursuant to Fed. R. Civ. P. 11(c), and granting the defendant Friedland's Description of Fees and Costs Pursuant to Order on Motion for Sanctions [#152], filed November 13, 2009, which are incorporated herein by reference as if fully set forth,

It is **ORDERED** as follows:

That judgment is **ENTERED** in favor of the Defendant, Robert M. Friedland and against the Plaintiff, Mr. Jack J. Grynberg and his counsel, Mr. Roger A. Jatko, jointly and severally, in the amount of $11,432.50, as attorney fee sanction pursuant to Fed. R. Civ. P. 11(c).

DATED at Denver, Colorado, this 21st day of July, 2010.

FOR THE COURT:
Gregory C. Langham, Clerk

By: s/ Edward P. Butler
　　　Edward P. Butler
　　　Deputy Clerk

Approved as to form:


 s/ Walker D. Miller
Walker D. Miller
Senior United States District Judge