IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02528-CMA-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

 Plaintiffs,

v.

IVANHOE ENERGY, INC., a Canadian corporation,
IVANHOE ENERGY LATIN AMERICA, INC., a Canadian corporation,
IVANHOE ENERGY ECUADOR, INC., a Canadian corporation,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual,
JOSE FABRICIO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,,

 Defendants.

**SCHEDULING ORDER FOR APPLICATION
FOR APPELLATE ATTORNEYS' FEES AND COSTS**

   This matter is before the Court on the Unopposed Motion for Scheduling Order for Application for Appellate Attorneys' Fees and Costs (Doc. # 190), filed by Defendants Ivanhoe Energy Inc., Ivanhoe Energy Latin America Inc., Ivanhoe Energy Ecuador Inc., Robert M. Friedland, and David R. Martin (collectively, "Defendants"). Having considered the submissions of the parties and all arguments related thereto, the Court hereby GRANTS the Agreed Motion and ORDERS the following:

1. Defendants shall file their application for appellate attorneys' fees and costs no later than 30 days after the United States Court of Appeals for the Tenth Circuit issues its mandate in *Grynberg v. Ivanhoe Energy Inc.*, Case No. 10-1361.

2. Plaintiffs shall file their response to Defendants' application for appellate attorneys' fees and costs no later than 30 days after Defendant's file their application.

3. Defendants shall file their reply in support of their application for appellate attorneys' fees and costs no later than 15 days after Plaintiffs' file their response.

SO ORDERED this   7th   day of August, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge