**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02528-CMA-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

    Plaintiffs,

v.

IVANHOE ENERGY, INC., a Canadian corporation,
IVANHOE ENERGY LATIN AMERICA, INC., a Canadian corporation,
IVANHOE ENERGY ECUADOR, INC., a Canadian corporation,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual,
JOSE FABRICIO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

    Defendants.

**AMENDED SCHEDULING ORDER FOR APPLICATION
FOR APPELLATE ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on the Unopposed Motion for Amended Scheduling Order for Application for Appellate Attorneys' Fees and Costs by Defendants Ivanhoe Energy Inc., Ivanhoe Energy Latin America Inc., Ivanhoe Energy Ecuador Inc., Robert M. Friedland, and David R. Martin (collectively, "Defendants"). Having considered the submissions of the parties and all arguments related thereto, the Court hereby GRANTS the Agreed Motion and ORDERS the following:

1. Defendants shall file their application for appellate attorneys' fees and costs no later than September 28, 2012.

2. Plaintiffs shall file their response to Defendants' application for appellate attorneys' fees and costs no later than October 29, 2012.

3. Defendants shall file their reply in support of their application for appellate attorneys' fees and costs no later than November 12, 2012.

SO ORDERED and DATED this  11th  day of September, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge