**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02528-CMA-BNB

JACK J. GRYNBERG, an individual,
COTUNDO MINERALES S.A., an Ecuadorian company,
RSM PRODUCTION CORPORATION, a Texas corporation, and
ARCHIDONA MINERALES, S.A., a Panama corporation,

    Plaintiffs,

v.

IVANHOE ENERGY, INC., a Canadian corporation,
IVANHOE ENERGY LATIN AMERICA, INC., a Canadian corporation,
IVANHOE ENERGY ECUADOR, INC., a Canadian corporation,
ROBERT M. FRIEDLAND, an individual,
DAVID R. MARTIN, an individual,
JOSE FABRICIO CORREA DELGADO, an Ecuadorian citizen, and
JOHN DOES 1-10, potential assignees of Ivanhoe Energy Ecuador Inc.,

    Defendants.

---

**ORDER DISMISSING WITH PREJUDICE DEFENDANTS' CLAIM
FOR APPELLATE ATTORNEYS' FEES AND COSTS**

---

This matter is before the Court on Defendants Ivanhoe Energy Inc.'s, Ivanhoe Energy Latin America Inc.'s, Ivanhoe Energy Ecuador Inc.'s, Robert M. Friedland's, and David R. Martin's (collectively, "Defendants") Unopposed Motion to Dismiss With Prejudice Defendants' Claim for Appellate Attorneys' Fees and Costs (Doc. # 197). Having considered the submissions of the parties and the agreed resolution noted in Defendants' motion, the Court hereby GRANTS the Unopposed Motion and ORDERS

that Defendants' claim for appellate attorneys' fees and costs be DISMISSED WITH PREJUDICE.

There being no further matters or claims before the Court, this case is hereby CLOSED in its entirety.

SO ORDERED this __26th__ day of September, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge